FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 JAN 31 PM 2: 38

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

8:11mc9

| | |
|---|---|
| IN RE: ) | C/A No. 3:10-cv-3141-MBS |
| ) | |
| RECEIVER ) | **ORDER REGARDING RESTITUTION** |
| ) | **DUTIES OF THE RECEIVER** |

On November 20, 2009, Joseph B. Brunson ("Brunson"), Timothy McQueen ("McQueen") and Tony Pough ("Pough") ("Defendants") were convicted of multiple counts of money laundering, conspiracy to commit mail fraud, mail fraud, and transportation of stolen goods. See Cr. No. 3:08-615. On December 14, 2010, the court sentenced Defendants to terms of imprisonment. The court further ordered that Defendants pay restitution in an amount up to $82 million, said amount to be modified, adjusted, or reduced, if necessary, at a later date based upon information provided by the Receiver, Beattie B. Ashmore, at the conclusion of his duties as set forth below. As such, the court hereby re-appoints the Receiver and continues and incorporates the authority previously granted to the Receiver in the court's September 5, 2007 Order, encompassed and superseded by the court's October 10, 2008 Order, and additionally, the court's April 15, 2010 Order, which further detailed the Receiver's responsibilities and duties.

In addition to duties and responsibilities set forth in the aforementioned Orders, the court further directs the Receiver to do all things necessary to facilitate and accomplish the payment of restitution, including, but not limited to, fashioning and submitting a Plan for Claims Administration and Distribution; locating, seizing, managing, and ultimately liquidating, with court approval, assets held or obtained by the Receiver; and distributing, at the court's direction, the corpus of the Receiver's Estate to those persons who have met the requirements for and are entitled to restitution. This directive by the court is wholly independent of any duties that were conferred on the Receiver

in the Preliminary Order of Forfeiture entered on February 23, 2010. Any distribution made by the Receiver will offset the restitution obligation of Defendants.

In addition, as consented to by the United States at the December 14, 2010 sentencing proceeding, the Preliminary Order of Forfeiture and the forfeiture judgment included in Defendants' sentence will not be executed by the United States until and unless the Receiver is able to satisfy, in whole, the restitution award entered by the Court.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina

January 14, 2011

A TRUE COPY
ATTEST: LARRY W. PROPES, CLERK.

BY: Mary E. Deal
DEPUTY CLERK



2